# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Andrew B. Bloomer, P.C.
To Call Writer Directly:
(312) 862-2482
andrew.bloomer@kirkland.com

300 North LaSalle
Chicago, Illinois  60654

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

April 7, 2016

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    *In re: General Motors LLC Ignition Switch Litigation*, 14-MD-2543
>        *Yingling v. General Motors LLC*, 14-CV-5336

Dear Judge Furman:

Counsel for General Motors LLC ("New GM" or "GM LLC") and counsel for plaintiff Nadia Yingling write to inform the Court that the parties have entered into a confidential settlement term sheet designed to resolve all of plaintiff's claims.  Under the terms of the confidential term sheet, the parties will work to finalize and execute a confidential settlement agreement and have a court of competent jurisdiction enter an order approving the settlement and allocation of the confidential settlement amount to plaintiff and the minor beneficiaries of James Yingling's estate.  In light of the parties' confidential settlement term sheet, the parties respectfully request that the Court remove *Yingling* from the trial docket and suspend any remaining pretrial deadlines.  New GM will meet and confer with Lead Counsel regarding a proposed schedule for the remaining bellwether trials, which the parties will be prepared to discuss with the Court at the April 20 Status Conference.

Respectfully submitted,

/s/ Richard C. Godfrey, P.C.
/s/ Andrew B. Bloomer, P.C.

*Counsel for Defendant General Motors LLC*

cc:    MDL Counsel of Record

Beijing   Hong Kong   Houston   London   Los Angeles   Munich   New York   Palo Alto   San Francisco   Shanghai   Washington, D.C.